UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-20557-CR-BB

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

                                                    )
JAVIER HERNANDEZ,                  )
        Defendant.                           )
                                                    )
_____)

**DEFENDANT HERNANDEZ'S RESPONSE TO GOVERNMENT'S MOTION
IN LIMINE TO ADMIT STATEMENTS BETWEEN COCONSPIRATORS**

Defendant Javier Hernandez ("Hernandez"), by and through undersigned court-appointed counsel, responds to Plaintiff United States of America's ("Government") Motion in Limine to Admit Statements Between Coconspirators ("Motion") [ECF No. 127], and states:

1. At this time, the Court should *not* grant the Motion by agreeing to admission of the alleged coconspirator statements the Government seeks to introduce.  The Government first must satisfy the tests set forth in the authorities upon which it relies in its Motion for this relief.

2. More specifically, as its main authority, the Government cites to *United States v. Harris*, 886 F.3d 1120 (11ᵗʰ Cir. 2018)(citation omitted).  Under *Harris*, it cannot seek admission of the proposed hearsay statements just by asking the Court for permission to do so under Fed. R. Evid. 801(d)(2)(E).  On the contrary, *Harris*, *supra*, requires the Government *prove* with evidence three things: a) the conspiracy existed; b) it included the declarant and the defendant against whom the statement is offered; and c) the statement was made during the course and in furtherance of the conspiracy."  *Harris*, *supra*, at 1131.

1

3.  In light of the above controlling authority, at this juncture Hernandez need not take more of this Court's time to argue against the Court granting the Motion.  The Motion is premature under the authorities the Government relies on because it has not yet *proved* any of the three prongs needed for this relief under *United States v. Harris*, 886 F.3d 1120, 1131 (11th Cir. 2018).  Such proof can only be adduced in a pretrial hearing or during trial.  Unless and until that day arrives, the Government would be asking the Court to afford it relief under Rule 801(d)(2)(E) in violation of the main holding in *Harris*, *supra*, at 1131.

Respectfully submitted,

/ s / Martin A. Feigenbaum
Florida Bar No. 705144
P.O. Box 545960
Surfside, Florida 33154
Telephone: (305) 323-4595
Facsimile:  (844) 274-0862
Email: innering@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the CM/ECF electronic system this 19th day of September, 2023 to all persons entitled to electronic notice in this case.

/ s / Martin A. Feigenbaum

2