UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-CR-20557-BLOOM(s)


UNITED STATES OF AMERICA

vs.

RAMON REYES ARANDA,
        Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

Beginning in and around May 2017, and continuing through on or about September 30, 2022, Ramon REYES Aranda ("REYES"), Javier Hernandez, Jose Miguel Gonzalez Vidal, a/k/a "Chupa," Reynaldo Crespo Marquez, a/k/a "Niño," Mario Alberto Enrique Lopez, a/k/a "Neco," and others conspired to unjustly enrich themselves by stealing vessels in the United States, transporting those stolen vessels in interstate and foreign commerce, conceal the identity of the stolen vessels, engaging in fraudulent transactions involving the stolen vessels, and selling the stolen vessels and their parts, and using the stolen vessels for their own personal benefit and use and the benefit of others.  REYES and the others also conspired to commit money laundering; that is the group conspired to transmit, transport and transfer money from Mexico to the Unite States with the intent to promote the carrying on of the specified unlawful activity of transportation of stolen vessels.

The government would have presented the testimony of victims, Mexican law enforcement officials, United States law enforcement officials, documents and electronic evidence that would

1

have shown that REYES acted as a scout for the conspiracy, in that REYES would look for vessels in the Naples and Fort Myers areas that could be stolen. Specifically, REYES would look for vessels in marinas and personal boat slips that he believed could be stolen and sold in Mexico. REYES would then contact Enrique Lopez, who owned a dock at a marina in Progresso, Mexico, to see if Enrique Lopez wanted REYES to attempt to steal the vessel.

Once Enrique Lopez approved the stealing of the vessel, REYES would use various methods to obtain keys for the vessels, which mostly used Yamaha engines. The vessels use keys that are coded, but are not unique to that specific vessel. REYES would identify the code to obtain the keys for the vessel. Javier Hernandez would then drive to Collier and Lee Counties in the Middle District of Florida, from Miami in the Southern District of Florida, to help REYES steal the boats. Hernandez and REYES would obtain enough fuel so that Hernandez could pilot the vessels to Progresso, Mexico, which is near the city of Merida, Mexico.

After the vessel was stolen, the conspirators would employ someone to obtain fraudulent documents for the vessel, so that they could import it into Mexico and sell it. This conspiracy used a number of fraudulent methods to do this, including changing hull identification numbers on the stolen vessels, cloning the serial numbers on the Yamaha engines to make it appear that the engines were not stolen, and fraudulently registering the stolen vessels in other states to fraudulently obtain registration documents to present to the Mexican authorities.

The conspiracy would often pay Javier Hernandez in cash, and Hernandez would fly back to Miami International Airport with the money. Hernandez would then pay REYES his fee for helping steal the boats. REYES and Hernandez also were paid by Gonzalez Vidal, who would sometimes have nominees wire money from Mexico to Hernandez in the Southern District of

2

Florida.   Communications seized from REYES and Hernandez's cellphones revealed that REYES sent text messages to Hernandez asking for his money.   REYES on at least one occasion received money that was proceeds of the boat thefts from an individual in the Southern District of Florida on behalf of Enrique Lopez.   Finally, Western Union records also revealed that Enrique Lopez sent a wire transfer to REYES in 2017.

An example of REYES' involvement is demonstrated by the shipment of a stolen Cobia 26" vessel to Mexico.   Beginning in July of 2022, REYES' phone contains a WhatsApp conversation with Enrique Lopez concerning the exportation of a Cobia vessel.   The conversation began with REYES sending Enrique Lopez several photographs of the vessel.   Enrique Lopez confirmed that he found a buyer for the vessel, and the two began orchestrating the exportation of the vessel through LINEA, a shipper based in Panama City, Florida.

On August 9, 2022, Enrique Lopez sent REYES a screenshot of a quote he received from LINEA for the Cobia and trailer.   In response, REYES sent Enrique Lopez a photo of the Florida Registration for the trailer, which was in REYES' name.   REYES also sent Enrique Lopez a photo of the Florida Registration for the Cobia, which was in the name of "J.A.S.Y.," as well as the Certificate of Title for the Cobia, also under the name of J.A.S.Y.

On August 10, 2022, Enrique Lopez sent REYES a screenshot of an email from LINEA, in Spanish, which explained to NECO that the shipping would require a Bill of Sale indicating the serial numbers for the Cobia's Yamaha engines and the VIN for the trailer.   The email further explained that all of the requested information was required for shipment, and that the Bill of Sale had to identify the name of the U.S.-based party shipping the vessel and trailer.   Enrique Lopez also explained, "we must make a bill of sale."   REYES then sent Enrique Lopez more photos of

3

the vessel, this time the following serial numbers for the two Yamaha engines: Serial No. 1179617 and 1179616. To execute the scheme, Enrique Lopez connected REYES with another criminal associate, and over the next few weeks, Enrique Lopez and the associate instructed REYES on how to create the fraudulent documents needed to satisfy LINEA's shipping requirements.

On August 21, 2022, the associate sent REYES a photograph of Bill of Sale for a Vessel with the message, "This is the model of the document that I need in addition to the titles of the boat and the trailer to do the shipping process, the two titles are necessary." REYES said he did not have the title to the trailer, only the registration.

On August 23, 2022, the associate sent REYES photographs of two IDs—one for a Mexican national and the second a Florida Driver's License for a Florida-based female named Y.P.L. The next day, the associate sent REYES a Bill of Sale, in PDF, and explained, "This is the model, complete it with the information I provided you and send it to me and NECO."

By August 26, 2022, REYES had returned the completed PDF to the associate. But, he filled it out incorrectly, listing Y.P.L. as the seller and J.A.S.Y. as the purchaser of the Cobia. As a result, the associate replied with a photoshopped version of the PDF containing arrows indicating that the names had to be switched, and with a message that read, "Change this and the signature of the man, where the arrows indicate, easy." REYES then sent a corrected version of the Bill of Sale.

The conversation between Enrique Lopez and REYES eventually turned to money, with Enrique Lopez forwarding to REYES the messages of the real Mexico-based buyer. Enrique Lopez then coordinated payments to RAMON. Seized messages between Enrique Lopez and REYES indicated that REYES received three payments totaling $28,100 from Y.C.M. in Hialeah

4

on September 20, 2022, on behalf of Enrique Lopez.  REYES also sent a message to Enrique Lopez indicating that REYES had picked up an additional $2,000 in Miami.  REYES also told Enrique Lopez that he was still owed additional money.

In addition to the evidence described above, Crespo Marquez and Roberto Marrero would have testified against REYES.  Crespo Marquez would have testified as to the scheme and how it worked, as well as the numerous conversations that Crespo Marquez, Enrique Lopez, and Gonzalez Vidal had with REYES and Hernandez about stealing the vessels and bringing them to Mexico.  Marrero was a forger, who created forged engine stickers that could be used to clone other Yamaha engines so they would appear to not be stolen.  Marrero would have testified how he did this for the conspiracy, including helping REYES and Hernandez in creating fraudulent documents or serial numbers.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 9/26/23

By: _____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY

Date: 9/26/23

By: _____
BIJAN S. PARWARESCH, ESQ.
ATTORNEY FOR DEFENDANT

Date: 9/26/23

By: _____
RAMON REYES ARANDA
DEFENDANT

5