**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20557-BLOOM(s)**

UNITED STATES OF AMERICA

v.

RAMON REYES ARANDA,
                    **Defendant.**

_____/

## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE PURSUANT TO SECTION 5K1.1 OF THE SENTENCING GUIDELINES

Pursuant to 5K1.1 of the United States Sentencing Guidelines, the United States of America hereby moves for a downward departure from the Sentencing Guidelines to reflect Defendant Ramon Reyes Aranda's ("Defendant's") substantial assistance to the government in the investigation and prosecution of others.   In support thereof, the government states the following:

1. A federal grand jury returned a superseding indictment on March 23, 2023, charging the Defendant and others with Conspiracy to Transport Stolen Vessels, in violation of Title 18, United States Code, Section 371; and Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h). (DE: 51).

2. On September 22, 2023, the Defendant notified the government of his intention to plead guilty and his willingness to cooperate.   The Defendant was debriefed on September 23, 2023. The Defendant pleaded guilty on September 26, 2023, to Count Five of the superseding indictment, which charged the Defendant with Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h), pursuant to a written plea agreement and factual proffer. (DE: 149-150).

3. The Defendant's sentencing hearing was scheduled for December 15, 2023. The Defendant's current advisory guideline range, as calculated by the United States Probation Office, is 87-108 months' imprisonment.

4. Prior to the Defendant's change of plea, the Defendant agreed to cooperate with the United States in the prosecution of others for federal criminal violations. The Defendant provided substantial assistance to the United States, which the United States believes warrants a sentence reduction. The government will provide details of Defendant's cooperation at the Defendant's sentencing hearing.

5. Based on Defendant's level of cooperation, the United States believes that Defendant has provided substantial assistance entitling him to the equivalent of a thirty-three percent (33%) reduction in his sentence. This would be the equivalent of a four-level reduction in Defendant's adjusted base offense level, which would result in an advisory guideline range of 57-71 months' imprisonment.

6. The undersigned has conferred with counsel for Defendant, Mr. Bijan S. Parwaresch, Esq., and the Defendant does not oppose the motion. This motion does not prohibit Defendant from asking for a greater downward departure or any variances in his sentencing argument.

[Rest of Page Intentionally Blank.]

## **CONCLUSION**

Based on Defendant's cooperation, the United States respectfully moves for a downward departure from the Sentencing Guidelines, pursuant to Section 5K1.1.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: s/ BRIAN DOBBINS
   Brian Dobbins
   Assistant United States Attorney
   Court No. A5501182
   99 N.E. 4th Street
   Miami, Florida 33132
   Tel: (305) 961-9304
   Fax: (305) 536-4676
   Brian.Dobbins@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via CM/ECF on December 14, 2023, and sent via electronic mail to Mr. Bijan S. Parwaresch, Esq., attorney for Defendant Ramon Reyes Aranda, at bijanlaw@aol.com.

 s/ Brian Dobbins
Brian Dobbins
Assistant United States Attorney

4